Margaret Goode, Appellant, v. John R. Walker *et al.,* Appellees.

### In Banc.

Appeal from Circuit Court, Brevard county; Minor S. Jones, Judge.

Geo. M. Robbins for appellant.

No appearance for appellees.

The bill in this case was filed by the appellant against the appellees. There was decree for the defendants, and the complainant appealed. Appeal dismissed on suggestion of counsel for appellant.